DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

APR 8'10AM10:11 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Miller, Thomas E

Case No. 07-00423-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $59.22, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 42 | Skillstemp Corporate Office<br>2426 Soper Hill Rd<br>Lake Stevens, WA  98258 | $59.22 |

Dated: April 02, 2010

*/s/ Daniel H. Brunner*
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 487489      4-8-10      $59.22*